## Aetna Plywood and Veneer Company, Appellant, v. Abraham Robineau et al., Appellees.

**Gen. No. 44,898.**

Zimmerman & Norman, for appellant; Cohon & Goldstein, for appellees. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full. Opinion filed April 5, 1950; released for publication May 17, 1950.